# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CNRA, *et al* | ) | Case No: 3:20-cv-01299 |
| | ) | |
| Plaintiff(s), | ) | **APPLICATION FOR** |
| | ) | **ADMISSION OF ATTORNEY** |
| v. | ) | **PRO HAC VICE** |
| ROSS, et al | ) | (CIVIL LOCAL RULE 11-3) |
| | ) | |
| Defendant(s). | ) | |

I, Rachel Jacobson_____, an active member in good standing of the bar of The District of Columbia____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Westlands Water District_____ in the above-entitled action. My local co-counsel in this case is Daniel J. O'Hanlon_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1875 Pennsylvania Avenue, N.W. Washington, DC 20006 | 400 Capitol Mall, 27th Floor Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: (202) 663-6385 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (916) 321-4522 |
| MY EMAIL ADDRESS OF RECORD: rachel.jacobson@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: dohanlon@kmtg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 421857____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  03/05/20

_____
Rachel Jacobson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rachel Jacobson_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 10, 2020

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

October 2012



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Rachel Jacobson*

was duly qualified and admitted on December 20, 1989 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on December
18, 2019.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.