UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CALIFORNIA NATURAL RESOURCES AGENCY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, et al.,<br><br>Defendants. | Case No. 20-cv-01299-LB<br><br>**ORDER TRANSFERRING CASE** |

The court transfers the case to the United States District Court in the Eastern District of California for the reasons set forth in the court's order in the related case, *Pacific Coast Fed. of Fishermen's Ass'n. v. Ross*, No. 3:19-cv-07897 – ECF No. 112.[1]

**IT IS SO ORDERED.**

Dated: March 20, 2020

LAUREL BEELER
United States Magistrate Judge

---

[1] Not all parties have appeared in this case. But the undersigned can issue a non-dispositive order transferring the case. *See Kinney v. Gutierrez*, No. 3:16-cv-02278-LB, 2016 WL 4268679, at *1 (N.D. Cal. Aug. 15, 2016) (citing *Pavao v. Unifund CCR Partners*, 934 F. Supp. 2d 1238, 1241 n.1 (S.D. Cal. 2013)).

ORDER – No. 20-cv-01299-LB