1  DOWNEY BRAND LLP
   KEVIN M. O'BRIEN (Bar No. 122713)
2  kobrien@downeybrand.com
   MEREDITH E. NIKKEL (Bar No. 254818)
3  mnikkel@downeybrand.com
   BRIAN E. HAMILTON (Bar No. 295994)
4  bhamilton@downeybrand.com
   SAMUEL BIVINS (Bar No. 300965)
5  sbivins@downeybrand.com
   621 Capitol Mall, 18th Floor
6  Sacramento, California 95814
   Telephone:    916.444.1000
7  Facsimile:    916.444.2100

8  Attorneys for Intervenor-Defendants
   RECLAMATION DISTRICT NO. 108 and
9  TEHAMA-COLUSA CANAL AUTHORITY, et
   al.
10
   SOMACH SIMMONS & DUNN
11   A Proffesional Corporation
   STUART L. SOMACH (Bar No. 090959)
12 ssomach@somachlaw.com
   ANDREW M. HITCHINGS (Bar No. 154554)
13 ahitchings@somachlaw.com
   BRITTANY K. JOHNSON (Bar No. 282001)
14 bjohnson@somachlaw.com
   JARED S. MUELLER (Bar No. 257659)
15 jmueller@somachlaw.com
   500 Capitol Mall, Suite 1000
16 Sacramento, CA 95814
   Telephone: (916) 446-7979
17 Facsimile:  (916) 446-8199

18 Attorneys for Intervenor-Defendants GLENN-
   COLUSA IRRIGATION DISTRICT, et al.
19
                    UNITED STATES DISTRICT COURT
20
            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
21

22
   THE CALIFORNIA NATURAL              Case No. 1:20-cv-00426-DAD-SKO
23 RESOURCES AGENCY, et al.,
                                       **STIPULATION AND ORDER**
24          Plaintiffs,                **REGARDING INTERVENTION**

25      v.

26 WILBUR ROSS, et al.,

27          Defendants.

28

                                    1

SOMACH SIMMONS & DUNN
A Proffesional Corporation

DOWNEY BRAND LLP

This stipulation is entered into by Plaintiff California Natural Resources Agency, California Environmental Protection Agency, and People of the State of California by and through California Attorney General Xavier Becerra ("Plaintiffs"); Defendants Wilbur Ross, in his official capacity as Secretary of Commerce; Chris Oliver, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration; National Marine Fisheries Service; David Bernhardt, in his official capacity as Secretary of Interior; Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service; U.S. Fish and Wildlife Service; Brenda Burman, in her official capacity as commissioner of Reclamation; and U.S. Bureau of Reclamation ("Federal Defendants"); the Sacramento River Settlement Contractors ("SRS Contractors")[1] and the Tehama-Colusa Canal Authority ("TCCA") (collectively "Sacramento River Intervenors").  Plaintiffs, Federal Defendants, and the Sacramento River Intervenors are collectively referred to hereinafter as the "Parties."

## RECITALS

WHEREAS, Plaintiffs filed the instant action naming only Federal Defendants as defendants.  ECF No. 1.

WHEREAS, the San Luis & Delta-Mendota Water Authority and Westlands Water District ("SLDMWA/WWD") moved to intervene on several grounds, including that SLDMWA, as the representative of twenty-five member agencies, had an interest in the outcome of this litigation.  ECF No. 13, at 1.  The SLDMWA is a joint powers authority that serves the common interests of twenty-eight member agencies.  *Id.* at 4.  Twenty-five of SLDMWA's members, including WWD, have a contract with the United States Bureau of Reclamation ("Reclamation") for water supply

---

[1] The SRS Contractors constitute the following parties:  Reclamation District No. 108; Sutter Mutual Water Company; Natomas Central Mutual Water Company; River Garden Farms Water Company; Pleasant Grove-Verona Mutual Water Company; Pelger Mutual Water Company; Meridian Farms Water Company; Henry D. Richter, et al.; Howald Farms, Inc.; Oji Brothers Farm, Inc.; Oji Family Partnership; Carter Mutual Water Company; Windswept Land and Livestock Company; Maxwell Irrigation District; Beverly F. Andreotti, et al.; Tisdale Irrigation and Drainage Company; Princeton-Codora-Glenn Irrigation District; and Provident Irrigation District; Glenn-Colusa Irrigation District; Reclamation District No. 1004; Anderson-Cottonwood Irrigation District; David and Alice teVelde Family Trust; Pelger Road 1700, LLC, Conaway Preservation Group, LLC, City of Redding; and Knights Landing Investors, LLC.

SOMACH SIMMONS & dUNN
A Proffesional Corporation

DOWNEY BRAND LLP

1   that is stored, pumped, and conveyed by the Central Valley Project ("CVP"). *Id.* at 4–5. Plaintiffs

2   filed a notice of non-opposition to SLDMWA/WWD's motion to intervene on the ground that

3   permissive intervention "is likely appropriate in this case." ECF No. 37, at 1–2.

4        WHEREAS, State Water Contractors ("SWC") moved to intervene on the ground that

5   SWC has an interest in this litigation because the litigation directly threatens the interest of SWC.

6   ECF No. 24 at 2. SWC is a non-profit corporation that represents 27 private water agencies that

7   fund the construction, operation, and maintenance of the State Water Project and provide water to

8   millions of Californians. ECF No. 24 at 1–2. Plaintiffs filed a notice of non-opposition to SWC's

9   motion to intervene on the ground that permissive intervention "is likely appropriate in this case."

10   ECF No. 38, at 1.

11        WHEREAS, the Friant Water Authority ("FWA") and Arvin-Edison Water Storage

12   District ("Arvin-Edison") (collectively "Friant Intervenors") moved to intervene on the ground

13   that they have an interest in this litigation. ECF No. 40 at 1–2. FWA is a public agency that

14   operates the Friant-Kern Canal on behalf of its seventeen member agencies. ECF No. 40 at 3.

15   FWA's members, including Arvin-Edison, hold contracts with Reclamation for water supply from

16   the CVP. *Id.*

17        WHEREAS, the SRS Contractors consist of a number of entities that have contracts with

18   Reclamation related to the supply of water diverted by the SRS Contractors from the Sacramento

19   River and its tributaries.

20        WHEREAS, TCCA is a joint powers authority that serves the interest of seventeen

21   member agencies, all of whom have contracts with Reclamation for water supply that is stored,

22   pumped, and conveyed by the CVP. Those contracts are authorized pursuant to the same federal

23   statutory authorization as the contracts between Reclamation and the member agencies of

24   SLDMWA and FWA.

25        WHEREAS, to avoid the necessity of briefing on a motion for the Sacramento River

26   Intervenors to intervene, the similarity of the grounds upon which the Sacramento River

27   Intervenors seek intervention to the grounds asserted by other parties seeking intervention, and

28   Plaintiffs' non-opposition to permissive intervention on the grounds cited for intervention, the

SOMACH SIMMONS & dUNN
A Proffesional Corporation

DOWNEY BRAND LLP

1  Parties agree that the Sacramento River Intervenors should be granted leave to permissively

2  intervene in this case.

3     NOW, THEREFORE, it is hereby stipulated by and between the Parties, through their

4  respective counsel, as follows:

5     1. The Sacramento River Intervenors shall be granted permissive intervention in this

6  action.

7     2. The Sacramento River Intervenors shall be permitted to promptly file their answers

8  in intervention to Plaintiffs' Complaint.

9     3. The Sacramento River Intervenors agree to make a good-faith effort to avoid the

10  duplication of any arguments made by Federal Defendants on substantive issues raised in this

11  matter, to the extent that Federal Defendants are making the same point in their arguments and are

12  not merely covering the same subject matter relevant to the issues before the Court.

13     4. Plaintiffs and the Sacramento River Intervenors agree to meet and confer on the

14  need for any proposed page limitations on briefing by the Sacramento River Intervenors in this

15  action.  Plaintiffs and the Sacramento River Intervenors reserve the right to seek or oppose

16  additional limitations on the length of briefs in the event Plaintiffs and the Sacramento River

17  Intervenors are unable to reach an agreement on page limits.

18

19

20

21

22

23

24

25

26

27

28

SOMACH SIMMONS & dUNN
A Proffesional Corporation

DOWNEY BRAND LLP

STIPULATION AND ORDER REGARDING INTERVENTION

SOMACH SIMMONS & DUNN
A Proffesional Corporation

DOWNEY BRAND LLP

1   DATED: April 16, 2020                 DOWNEY BRAND LLP

2

3                                         By: _____/s/ Meredith E. Nikkel_____

4                                              MEREDITH E. NIKKEL
                                             Attorneys for Proposed Defendants-Intervenors
5                                            RECLAMATION DISTRICT NO. 108, SUTTER
                                             MUTUAL WATER COMPANY; NATOMAS
6                                            CENTRAL MUTUAL WATER COMPANY;
                                             RIVER GARDEN FARMS WATER COMPANY;
7                                            PLEASANT GROVE-VERONA MUTUAL
                                             WATER COMPANY; PELGER MUTUAL
8                                            WATER COMPANY; MERIDIAN FARMS
                                             WATER COMPANY; HENRY D. RICHTER, et
9                                            al.; HOWALD FARMS, INC.; OJI BROTHERS
                                             FARM, INC.; OJI FAMILY PARTNERSHIP;
10                                           CARTER MUTUAL WATER COMPANY;
                                             WINDSWEPT LAND AND LIVESTOCK
11                                           COMPANY; MAXWELL IRRIGATION
                                             DISTRICT; BEVERLY F. ANDREOTTI, et al.;
12                                           TISDALE IRRIGATION AND DRAINAGE
                                             COMPANY; PROVIDENT IRRIGATION
13                                           DISTRICT; PRINCETON-CODORA-GLENN
                                             IRRIGATION DISTRICT and TEHAMA-
14                                           COLUSA CANAL AUTHORITY

15

16

17

18  DATED: April 16, 2020                 SOMACH SIMMONS & DUNN

19

20                                        By: _____/s/ Jared Mueller_____

21                                             JARED MUELLER
                                             Attorneys for Defendants-Intervenors GLENN-
22                                           COLUSA IRRIGATION DISTRICT;
                                             RECLAMATION DISTRICT NO. 104;
23                                           CONAWAY PRESERVATION GROUP, LLC;
                                             DAVID AND ALICE te VELDE FAMILY
24                                           TRUST; PELGER ROAD 1700, LLC;
                                             ANDERSON-COTTONWOOD IRRIGATION
25                                           DISTRICT; CITY OF REDDING; and KNIGHTS
                                             LANDING INVESTORS, LLC

26

27

28

1   DATED: April 16, 2020April 17, 2020      XAVIER BECERRA
                                            Attorney General of California
2                                           TRACY L. WINSOR
                                            Supervising Deputy Attorney General
3

4

5                                   By:      /s/ Daniel Fuchs
                                            _____
6                                               DANIEL FUCHS
                                            Attorneys for Plaintiffs CALIFORNIA
7                                           NATURAL RESOURCES AGENCY and People
                                            of the State of California by and through Attorney
8                                           General Xavier Beccerra

9   DATED:  April 16, 2020                  U.S. DEPARTMENT OF JUSTICE ENVIRONMENT
                                            & NATURAL RESOURCES DIVISION WILDLIFE
10                                          & MARINE RESOURCES SECTION

11

12                                  By:      /s/Nicole M. Smith
                                            _____
13                                              NICOLE M. SMITH
                                            Attorneys for Federal Defendants
14

15

16                                       ORDER

17          Pursuant to the Parties' Stipulation, the Court hereby grants Sacramento River Intervenors

18   intervention pursuant to the terms of the Stipulation.

19

20   IT IS SO ORDERED.

21       Dated:   __April 17, 2020__                 _____
                                                     UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING INTERVENTION

SOMACH SIMMONS & dUNN
A Proffesional Corporation

DOWNEY BRAND LLP