TIMOTHY J. WASIEWSKI (SBN 302306)
O'LAUGHLIN & PARIS, LLP
2617 K Street, Suite 100
Sacramento, California 95816
Telephone:   (916) 264-2045
Facsimile:   (916) 264-2040
Email:       tw@olaughlinparis.com

Attorneys for Defendant-Intervenor
OAKDALE IRRIGATION DISTRICT


KENNETH ROBBINS (SBN 72389)
ROBBINS, BROWNING, GODWIN & MARCHINI, LLP
700 Loughborough Drive, Suite D
P.O. Box 2067
Merced, CA 95344
Telephone:   (209) 383-9334 x16
Facsimile:   (209) 383-9386
Email:       kmr@rbgmlaw.com

Attorneys for Defendant-Intervenor
SOUTH SAN JOAQUIN IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00426-DAD-EPG <br><br> **STIPULATION AND ORDER REGARDING INTERVENTION BY OAKDALE IRRIGATION DISTRICT AND SOUTH SAN JOAQUIN IRRIGATION DISTRICT** |

This stipulation is entered into by Plaintiffs California Natural Resources Agency, California Environmental Protection Agency, and People of the State of California by and through California Attorney General Xavier Becerra ("Plaintiffs"); Defendants Wilbur Ross, in his official capacity as Secretary of Commerce; Chris Oliver, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration; National

Marine Fisheries Service; David Bernhardt, in his official capacity as Secretary of Interior; Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service; U.S. Fish and Wildlife Service; Brenda Burman, in her official capacity as commissioner of U.S. Bureau of Reclamation; U.S. Bureau of Reclamation ("Federal Defendants"); Defendants-Intervenors Sacramento River Settlement Contractors ("SRS Contractors"),[1] Defendant-Intervenor Tehama-Colusa Canal Authority ("TCCA") (SRS Contractors and TCCA collectively referred to herein as "Sacramento River Intervenors"), proposed Defendant-Intervenor Oakdale Irrigation District ("OID"), and proposed Defendant-Intervenor South San Joaquin Irrigation District ("SSJID"), all of which are collectively referred to herein as the "Parties."

## RECITALS

WHEREAS, Plaintiffs filed the instant action in the U.S. District Court for the Northern District of California ("Northern District Court"), against the Federal Defendants. ECF Doc. No. 1.

WHEREAS, the San Luis & Delta-Mendota Water Authority and Westlands Water District ("SLDMWA/WWD") moved to intervene. ECF Doc. No. 13. Plaintiffs filed a notice of non-opposition to SLDMWA/WWD's motion to intervene. ECF Doc. No. 37.

WHEREAS, State Water Contractors ("SWC") moved to intervene. ECF Doc. No. 24. Plaintiffs filed a notice of non-opposition to SWC's motion to intervene. ECF Doc. No. 38.

WHEREAS, the Northern District Court transferred the instant action to the U.S. District Court for the Eastern District of California ("this Court") by order dated March 20, 2020. ECF Doc. No. 29.

WHEREAS, this Court granted the Sacramento River Intervenors intervention pursuant to the terms of a stipulation. ECF Doc. No. 46.

WHEREAS, OID and SSJID claim jointly held adjudicated, pre-1914 water rights on the Stanislaus River that are senior to those held by the U.S. Bureau of Reclamation and further assert that in equitable satisfaction of those senior rights, the U.S. Bureau of Reclamation must (1) make

---

[1] The entities comprising the Sacramento River Intervenors are identified in the Stipulation and Order Regarding Intervention of the Sacramento River Intervenors. ECF Doc. No. 46.

Case 1:20-cv-00426-DAD-EPG   Document 66   Filed 04/23/20   Page 3 of 6

up to 600,000 acre feet of water available to OID and SSJID on an annual basis, and (2) store up to 200,000 acre feet of OID and SSJID's water in New Melones Reservoir for their subsequent use, pursuant to a 1988 agreement.

WHEREAS, to avoid the necessity of briefing on a motion for OID and SSJID to intervene, the Parties agree that OID and SSJID should be granted leave to permissively intervene in this case.

NOW, THEREFORE, it is hereby stipulated by and between the Parties, through their respective counsel, as follows:

1. OID and SSJID shall be granted permissive intervention in this action.

2. OID and SSJID shall be permitted to promptly file answers in intervention to Plaintiffs' Complaint.

3. OID and SSJID agree to make a good-faith effort to avoid the duplication of any arguments raised by the Federal Defendants, although OID and SSJID may address the same subject matter or issues raised by the Federal Defendants from a different or similar perspective.

4. Plaintiffs, OID, and SSJID agree to meet and confer on the need for any proposed page limitations on briefing by OID and SSJID during the action. Plaintiffs, OID, and SSJID reserve the right to seek or oppose additional limitations on the length of briefs in the event Plaintiffs, OID, and SSJID are unable to reach agreement on page limits.

DATED: April 21, 2020          O'LAUGHLIN & PARIS, LLP

                               By:      /s/ Timothy J. Wasiewski
                                   TIMOTHY J. WASIEWSKI
                                   Attorneys for Proposed Defendant-Intervenor
                                   OAKDALE IRRIGATION DISTRICT

DATED: April 21, 2020          ROBBINS, BROWNING, GODWIN & MARCHINI

                               By:       /s/ Kenneth Robbins
                                   KENNETH ROBBINS
                                   Attorneys for Proposed Defendant-Intervenor
                                   SOUTH SAN JOAQUIN IRRIGATION DISTRICT

3                    Case No. 1:20-cv-426
STIPULATION AND ORDER REGARDING INTERVENTION BY OID & SSJID

| | |
|---|---|
| DATED: April 21, 2020 | XAVIER BECERRA<br>Attorney General of California<br>TRACY L. WINSOR<br>Supervising Deputy Attorney General<br><br>By: _____/s/ Daniel Fuchs_____<br>DANIEL FUCHS<br>Attorneys for Plaintiffs California Natural Resources Agency and People of the State of California by and through Attorney General Xavier Becerra |
| DATED: April 21, 2020 | U.S. DEPARTMENT OF JUSTICE<br>ENVIRONMENTAL & NATURAL RESOURCES DIVISION, WILDLIFE & MARINE RESOURCES SECTION<br><br>By: _____/s/ Lesley Lawrence-Hammer\_\_\_\_\_<br>LESLEY LAWRENCE-HAMMER<br>Attorneys for Federal Defendants |
| DATED: April 21, 2020 | DOWNEY BRAND LLP<br><br>By: _____/s/ Meredith Nikkel_____<br>MEREDITH NIKKEL<br><br>Attorneys for Proposed Defendants-Intervenors RECLAMATION DISTRICT NO. 108, SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS WATER COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC.; OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP; CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; BEVERLY F. ANDREOTTI, et al.; TISDALE IRRIGATION AND DRAINAGE COMPANY; PROVIDENT IRRIGATION DISTRICT; PRINCETON-CODORA-GLENN IRRIGATION DISTRICT and TEHAMACOLUSA CANAL AUTHORITY |

| | | |
|---|---|---|
| 1 | DATED: April 21, 2020 | SOMACH SIMMONS & DUNN |
| 2 | | By:     /s/ Andrew Hitchings     |
| | | ANDREW HITCHINGS |
| | | Attorneys for Defendants-Intervenors GLENN COLUSA IRRIGATION DISTRICT; RECLAMATION DISTRICT NO. 104; CONAWAY PRESERVATION GROUP, LLC; DAVID AND ALICE te VELDE FAMILY TRUST; PELGER ROAD 1700, LLC; ANDERSON-COTTONWOOD IRRIGATION DISTRICT; CITY OF REDDING; and KNIGHTS LANDING INVESTORS, LLC |

ORDER

Pursuant to the Parties' Stipulation, the Court hereby grants OID and SSJID intervention pursuant to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __**April 22, 2020**__                    _/s/ Dale A. Drozd_
                                                  UNITED STATES DISTRICT JUDGE