MATTHEW G. ADAMS (SBN 229021)
*madams@kaplankirsch.com*
SARA V. MOGHARABI, *pro hac vice*
*smogharabi@kaplankirsch.com*
KAPLAN KIRSCH & ROCKWELL, LLP
595 Pacific Avenue, 4th Floor
San Francisco, CA 94133
Tel: 628-209-4151
Fax:  303-825-7005

Attorneys for Friant Water Authority and
Arvin-Edison Water Storage District

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, in his official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00426-DAD-EPG <br><br> **STIPULATION AND ORDER REGARDING INTERVENTION BY FRIANT WATER AUTHORITY AND ARVIN-EDISON WATER STORAGE DISTRICT** |

  This stipulation is entered by Plaintiffs the California Natural Resources Agency, the California Environmental Protection Agency, and the People of the State of California by and through California Attorney General Xavier Becerra ("Plaintiffs"); Defendants Wilbur Ross in his official capacity, Chris Oliver in his official capacity, David Bernhardt in his official capacity, Aurelia Skipwith in her official capacity, Brenda Burman in her official capacity, the National Marine Fisheries Service, the United States Fish and Wildlife Service, and the United States Bureau of Reclamation (collectively, the "Federal Defendants"); Intervenor-Defendants

the Sacramento River Settlement Contractors and the Tehama-Colusa Canal Authority (collectively, the "Sacramento River Intervenors"); Intervenor-Defendants the South San Joaquin Irrigation District and Oakdale Irrigation District ("SSJID" and "OID," respectively); Intervenor-Defendants the State Water Contractors; and Intervenor-Defendants the San Luis & Delta-Mendota Water Authority and Westlands Water District.  Plaintiffs, the Federal Defendants, and the Intervenor-Defendants are collectively referred to hereinafter as the "Parties."

### RECITALS

WHEREAS, Plaintiffs filed the instant action naming only the Federal Defendants as Defendants.  *See* ECF No. 1.

WHEREAS, the Friant Water Authority ("FWA") and Arvin-Edison Water Storage District ("Arvin-Edison") (collectively, the "Friant Intervenors") moved to intervene on the grounds that they have an interest in this litigation.  *See* ECF No. 40.  FWA is a public agency formed to operate and maintain the Friant-Kern Canal, a portion of the Central Valley Project ("CVP"), and to represent its members in policy, political, and operational decisions that could affect CVP water supplies.  *Id*. at 3-4.  FWA's members, including Arvin-Edison, hold contracts with the United States Bureau of Reclamation for water supply from the CVP.  *Id*.

WHEREAS, this Court has granted the Sacramento River Intervenors intervention pursuant to the terms of a stipulation.  *See* ECF No. 46.

WHEREAS, this Court has granted OID and SSJID intervention pursuant to the terms of a stipulation.  *See* ECF No. 62.

WHEREAS, this Court has granted the State Water Contractors and the San Luis & Delta-Mendota Water Authority and Westlands Water District intervention pursuant to the terms of an Order Granting Motions for Permissive Intervention with Conditions on Briefing.  *See* ECF No. 65.

WHEREAS, to avoid the necessity of further briefing on the Friant Intervenors' motion

to intervene, the Parties agree that the FWA and Arvin-Edison should be granted leave to permissively intervene in this case on terms equivalent to those stipulations referenced above.

NOW, THEREFORE, it is hereby stipulated by and between the Parties, through their respective counsel, as follows:

1. FWA and Arvin-Edison shall be granted permissive intervention in this action.
2. FWA and Arvin-Edison shall be permitted to file answers in intervention.
3. FWA and Arvin-Edison shall make good-faith efforts to avoid duplication of arguments raised by the Federal Defendants, though FWA and Arvin-Edison may address the same subject matter or issues addressed by the Federal Defendants, whether from a similar or a different perspective.
4. Plaintiffs, FWA, and Arvin-Edison shall meet and confer on the need for any page limitations on briefing by FWA and Arvin-Edison in this action.  Plaintiffs, FWA, and Arvin-Edison reserve the right to seek or oppose additional limitations on the length of briefs in the event they are unable to reach agreement on page limits.

DATED:  April 23, 2020            KAPLAN KIRSCH & ROCKWELL, LLP

By_____*/s/ Matthew G. Adams*_____
     MATTHEW G. ADAMS
     Attorneys for Proposed Intervenor-Defendants
     FRIANT WATER AUTHORITY and ARVIN-
     EDISON WATER STORAGE DISTRICT

| | |
|---|---|
| DATED: April 23, 2020 | XAVIER BECERRA<br>Attorney General of California<br>TRACY L. WINSOR<br>Supervising Deputy Attorney General<br><br>By _____ */s/ Daniel Fuchs* _____<br>   DANIEL FUCHS<br>   Deputy Attorney General<br>   Attorneys for Plaintiffs CALIFORNIA NATURAL RESOURCES AGENCY, CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY, and PEOPLE OF THE STATE OF CALIFORNIA BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA |
| DATED: April 23, 2020 | JEAN E. WILLIAMS, Deputy Assistant Attorney General<br>SETH M. BARSKY, Section Chief<br>S. JAY GOVINDAN, Assistant Section Chief<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>NICOLE M. SMITH, Trial Attorney (CA Bar No. 303629)<br><br>By _____ */s/ Lesley Lawrence-Hammer* _____<br>   LESLEY LAWRENCE-HAMMER, Senior Trial Attorney (DC Bar No. 982196)<br>   999 18th St., Suite 370<br>   Denver, CO 80202<br>   Telephone (303) 844-1368<br>   Lesley.Lawrence-Hammer@usdoj.gov<br>   Attorneys for FEDERAL DEFENDANTS |
| DATED: April 24, 2020 | O'LAUGHLIN & PARIS<br><br>By _____ */s/ Timothy Wasiewski* _____<br>   TIMOTHY WASIEWSKI<br>   2617 K St., Suite 100<br>   Sacramento, CA 95816<br>   Attorneys for Intervenor-Defendant OAKDALE IRRIGATION DISTRICT |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  April 24, 2020 | ROBBINS GODWIN BROWNING AND MARCHINI |
| 3 | | |
| 4 | | By_____/s/ Kenneth Michael Robbins_____<br>KENNETH MICHAEL ROBBINS |
| 5 | | 700 Loughborough Dr., Suite D<br>Merced, CA 95348 |
| 6 | | Attorneys for Intervenor-Defendant SOUTH SAN JOAQUIN IRRIGATION DISTRICT |
| 7 | | |
| 8 | | |
| 9 | DATED:  April 24, 2020 | DOWNEY BRAND LLP |
| 10 | | |
| 11 | | By_____/s/ Meredith E. Nikkel_____<br>MEREDITH E. NIKKEL |
| 12 | | 621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 |
| 13 | | Attorneys for Intervenor-Defendants RECLAMATION DISTRICT NO. 108, SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS WATER COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC.; OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP; CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; BEVERLY F. ANDREOTTI, et al.; TISDALE IRRIGATION AND DRAINAGE COMPANY; PROVIDENT IRRIGATION DISTRICT; PRINCETON-CODORA-GLENN IRRIGATION DISTRICT; and TEHAMA-COLUSA CANAL AUTHORITY |

| | | |
|---|---|---|
| 1 | DATED:  April 24, 2020 | SOMACH SIMMONS & DUNN |
| 2 | | |
| 3 | | By      /s/ Andrew Hitchings       |
| | | ANDREW HITCHINGS |
| 4 | | 500 Capitol Mall, Suite 1000 |
| | | Sacramento, CA 95814 |
| 5 | | Attorneys for Intervenor-Defendants GLENN-COLUSA IRRIGATION DISTRICT; |
| 6 | | RECLAMATION DISTRICT NO. 1004; CONAWAY |
| 7 | | PRESERVATION GROUP, LLC; DAVID AND ALICE teVELDE FAMILY TRUST; PELGER |
| 8 | | ROAD 1700, LLC; ANDERSON-COTTONWOOD IRRIGATION DISTRICT; CITY OF REDDING; and |
| 9 | | KNIGHTS LANDING INVESTORS, LLC |
| 10 | | |
| 11 | DATED:  April 27, 2020 | KRONICK MOSKOVITZ TIEDEMANN & GIRARD |
| 12 | | |
| 13 | | By      /s/ Daniel O'Hanlon       |
| | | DANIEL O'HANLON |
| 14 | | 400 Capitol Mall, 27th Floor |
| | | Sacramento, CA 95814 |
| 15 | | Attorneys for Intervenor-Defendants SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and |
| 16 | | WESTLANDS WATER DISTRICT |
| 17 | | |
| 18 | DATED:  April 27, 2020 | VAN NESS FELDMAN LLP |
| 19 | | |
| 20 | | By      /s/ Jenna Mandell-Rice       |
| | | JENNA MANDELL-RICE |
| 21 | | 719 Second Ave., Suite 1150 |
| 22 | | Seattle, WA 98104 |
| | | Attorneys for Intervenor-Defendants STATE WATER |
| 23 | | CONTRACTORS |

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby grants Friant Water Authority and Arvin-Edison Water Storage District intervention according to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **April 27, 2020**                            _____
                                                                                      UNITED STATES DISTRICT JUDGE