PERKINS COIE LLP
Barbara J. Schussman, Bar No. 142352
Marc R. Bruner, Bar No. 212344
505 Howard Street, Suite 1000
San Francisco, CA 94105
(415) 344-7000
Email: mbruner@perkinscoie.com

BOLD, POLISNER, MADDOW, NELSON & JUDSON
Sharon M. Nagle, Bar No. 179124
Douglas E. Coty, Bar No. 227006
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
(925) 933-7777
Email: snagle@bpmnj.com

Attorneys for Proposed Defendant-Intervenor
CONTRA COSTA WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, THE CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY, THE PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA,<br><br>Plaintiffs,<br><br>vs.<br><br>WILBUR ROSS, in his official capacity as Secretary of Commerce; CHRIS OLIVER, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration; NATIONAL MARINE FISHERIES SERVICE; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; AURELIA SKIPWITH, in her official capacity as Director, U.S. Fish and Wildlife Service; U.S. FISH AND WILDLIFE SERVICE; BRENDA BURMAN, in her official capacity as Commissioner of the Bureau of Reclamation; and U.S. BUREAU OF RECLAMATION,<br><br>Defendants. | Case No. 1:20-CV-00426-DAD-EPG<br><br>Related to Case No. 1:20-CV-00431-DAD-EPG<br><br>**STIPULATION AND ORDER REGARDING INTERVENTION OF CONTRA COSTA WATER DISTRICT** |

This stipulation is entered into by Plaintiff California Natural Resources Agency, California Environmental Protection Agency, and People of the State of California, by and through California Attorney General Xavier Becerra ("Plaintiffs"); Defendants Wilbur Ross, in his official capacity as Secretary of Commerce; Chris Oliver, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration; National Marine Fisheries Service; David Bernhardt, in his official capacity as Secretary of Interior; Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service; U.S. Fish and Wildlife Service; Brenda Burman, in her official capacity as Commissioner of the Bureau of Reclamation; and U.S. Bureau of Reclamation ("Federal Defendants"); the Contra-Costa Water District ("CCWD"); and Defendants-Intervenors Sacramento River Settlement Contractors and Tehama-Colusa Canal Authority (collectively, "Sacramento River Intervenors"); State Water Contractors ("SWC"); San Luis & Delta Mendota Water Authority ("SLDMWA"); Westlands Water District ("Westlands"); Oakdale Irrigation District ("OID"); South San Joaquin Irrigation District ("SSJID"); and Friant Water Authority and Arvin-Edison Water Storage District (collectively, "Friant Intervenors").  Plaintiffs, Federal Defendants, CCWD and Defendants-Intervenors are collectively referred to hereinafter as the "Parties."

**RECITALS**

WHEREAS, Plaintiffs filed the instant action naming only Federal Defendants as defendants.  ECF No. 1.

WHEREAS, SLDMWA and Westlands moved to intervene, and Plaintiffs filed a notice of non-opposition to the motion on the ground that permissive intervention "is likely appropriate in this case."  ECF No. 13; ECF No. 37, at 1-2.

WHEREAS, the SWC moved to intervene, and Plaintiffs filed a notice of non-opposition to the motion on the ground that permissive intervention "is likely appropriate in this case."  ECF No. 24; ECF No. 38, at 1.

WHEREAS, the Court on April 17, 2020, issued an order granting permissive intervention to the Sacramento River Intervenors, based on a stipulation executed by Plaintiffs, Federal Defendants and the Sacramento River Intervenors.  ECF No. 46.

WHEREAS, Plaintiffs filed a First Amended Complaint on April 21, 2020.  ECF No. 51.

WHEREAS, the Court on April 23, 2020, issued an order granting the motions of SLDMWA, Westlands and the SWC to intervene permissively in this action. ECF No. 65.

WHEREAS the Court on April 23, 2020, issued an order granting permissive intervention to OID and SSJID, based on a stipulation executed by Plaintiffs, Federal Defendants, the Sacramento River Intervenors, OID and SSJID. ECF No. 66.

WHEREAS, the Friant Intervenors on April 27, 2020, filed a stipulation for permissive intervention executed by the Plaintiffs, Federal Defendants and Defendants-Intervenors. ECF No. 68.

WHEREAS, CCWD has a long-term contract with Defendant United States Bureau of Reclamation ("Reclamation") for water supply that is stored and conveyed by the Central Valley Project ("CVP"), and contends that this long-term contract is authorized pursuant to the Central Valley Project Improvement Act, Pub. L. No. 102-575, Title XXXIV (106 Stat. 4706, Oct. 30, 1992), the same federal law that authorizes the long-term CVP contracts between Reclamation and other water agency intervenors in this case.

WHEREAS, CCWD contends that the outcome of this action could negatively impact its water supply operations and its ability to fulfill its mission of providing high-quality, low-salinity water to its 500,000 customers in central and eastern Contra Costa County.

WHEREAS, to avoid the necessity of briefing on a motion for CCWD to intervene in this case, where the grounds that support CCWD's intervention are similar to the grounds that have been raised in prior motions to intervene by other intervenors in this case, and given Plaintiffs' non-opposition to permissive intervention in response to such prior motions, the Parties agree that CCWD should be granted leave to intervene permissively in this case.

NOW, THEREFORE, it is hereby stipulated by and between the Parties, through their respective counsel, as follows:

1. CCWD shall be granted permissive intervention in this action.

2. CCWD shall be permitted to promptly file their answer in intervention to Plaintiffs' First Amended Complaint.

3. CCWD agrees to make a good-faith effort to avoid the duplication of any

arguments made by Federal Defendants on substantive issues raised in this matter, to the extent that Federal Defendants are making the same point in their arguments and are not merely covering the same subject matter relevant to the issues before the Court.

    4.    Plaintiffs and CCWD agree to meet and confer on the need for any proposed page limitations on briefing by CCWD in this action. Plaintiffs and CCWD reserve the right to seek or oppose additional limitations on the length of briefs in the event Plaintiffs and CCWD are unable to reach an agreement on page limits.

DATED: _Apr. 27_, 2020        PERKINS COIE LLP

By: **/s/** Marc Bruner
    MARC BRUNER
    Attorneys for Proposed Defendant-Intervenor
    CONTRA COSTA WATER DISTRICT

DATED: Apr. 27, 2020        XAVIER BECERRA
    Attorney General of California
    TRACY L. WINSOR
    Supervising Deputy Attorney General

By: /s/ Daniel Fuchs (authorized 4/27/20)
    DANIEL FUCHS
    Attorneys for Plaintiffs CALIFORNIA NATURAL RESOURCES AGENCY and PEOPLE OF THE STATE OF CALIFORNIA BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA

DATED: Apr. 29, 2020        U.S. DEPARTMENT OF JUSTICE ENVIRONMENT & NATURAL RESOURCES DIVISION WILDLIFE & MARINE RESOURCES SECTION

By: **/s/** Lesley Lawrence-Hammer (authorized 4/29/20)
    LESLEY LAWRENCE-HAMMER
    Attorneys for FEDERAL DEFENDANTS

DATED: Apr. 29, 2020

DOWNEY BRAND LLP

By: /s/ Meredith Nickel (authorized 4/29/20)
   MEREDITH NICKEL
Attorneys for Defendants-Intervenors
RECLAMATION DISTRICT NO. 108, SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS WATER COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC.; OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP; CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; BEVERLY F. ANDREOTTI, et al.; TISDALE IRRIGATION AND DRAINAGE COMPANY; PROVIDENT IRRIGATION DISTRICT; PRINCETON-CODORA-GLENN IRRIGATION DISTRICT and TEHAMA-COLUSA CANAL AUTHORITY

DATED: Apr. 29, 2020

SOMACH SIMMONS & DUNN

By: /s/ Andrew Hitchings (authorized 4/29/20)
   ANDREW HITCHINGS
Attorneys for Defendants-Intervenors GLENN COLUSA IRRIGATION DISTRICT; RECLAMATION DISTRICT NO. 104; CONAWAY PRESERVATION GROUP, LLC; DAVID AND ALICE te VELDE FAMILY TRUST; PELGER ROAD 1700, LLC; ANDERSON- COTTONWOOD IRRIGATION DISTRICT; CITY OF REDDING; and KNIGHTS LANDING INVESTORS, LLC

| | | |
|---|---|---|
| DATED: Apr. 30, 2020 | | VAN NESS FELDMAN LLP |

By: /s/ Jenna R. Mandell-Rice (authorized 4/30/30)
JENNA R. MANDELL-RICE
Attorneys for Defendant-Intervenor
THE STATE WATER CONTRACTORS

DATED: Apr. 30, 2020        O'LAUGHLIN & PARIS, LLP

By: /s/ Timothy J. Wasiewski (authorized 4/30/20)
TIMOTHY J. WASIEWSKI
Attorneys for Defendant-Intervenor OAKDALE
IRRIGATION DISTRICT

DATED:  Apr. 30, 2020        ROBBINS, BROWNING, GODWIN & MARCHINI

By: /s/ Kenneth Robbins (authorized 4/30/20)
KENNETH ROBBINS
Attorneys for Defendant-Intervenor SOUTH SAN
JOAQUIN IRRIGATION DISTRICT

DATED: Apr. 29, 2020        KAPLAN KIRSCH & ROCKWELL, LLP

By: /s/ Matthew Adams (authorized 4/29/20)
MATTHEW G. ADAMS
Attorneys for Defendants-Intervenors FRIANT
WATER AUTHORITY and ARVIN-EDISON
STORAGE DISTRICT

DATED; May 4, 2020        KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By: /s/ Daniel O'Hanlon (authorized 5/4/20)
DANIEL J. O'HANLON
 Attorneys for Defendants-Intervenors
SAN LUIS & DELTA-MENDOTA WATER
AUTHORITY and WESTLANDS WATER
DISTRICT

**ORDER**

The Court hereby grants permissive intervention to Contra Costa Water District pursuant to the terms of the parties' Stipulation.

IT IS SO ORDERED.

Dated: __**May 10, 2020**__    _____/s/ Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE