Jennifer T. Buckman, Esq., Cal. State Bar No. 179143
BARTKIEWICZ KRONICK & SHANAHAN, PC
1011 Twenty-Second Street
Sacramento, California 95816-4907
Telephone: (916) 446-4254
Facsimile: (916) 446-4018
E-Mail: jtb@bkslawfirm.com

Attorneys for Proposed Defendant-Intervenors
City of Folsom, City of Roseville, and San Juan
Water District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, et al.,<br><br>   Defendants. | Case No. 1:20-cv-00426-DAD-EPG<br><br>STIPULATION AND ORDER REGARDING INTERVENTION BY CITY OF FOLSOM, CITY OF ROSEVILLE, AND SAN JUAN WATER DISTRICT |

{00174324.2}

## STIPULATION

This stipulation is entered into by Plaintiffs California Natural Resources Agency, California Environmental Protection Agency, and People of the State of California by and through California Attorney General Xavier Becerra ("Plaintiffs"); Defendants Wilbur Ross, in his official capacity as Secretary of Commerce; Chris Oliver, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration; National Marine Fisheries Service; David Bernhardt, in his official capacity as Secretary of Interior; Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service; U.S. Fish and Wildlife Service; Brenda Burman, in her official capacity as commissioner of U.S. Bureau of Reclamation; U.S. Bureau of Reclamation ("Federal Defendants"); Defendant-Intervenors Sacramento River Settlement Contractors ("SRS Contractors") and Tehama-Colusa Canal Authority ("TCCA") (collectively, the "Sacramento River Intervenors"); Defendant-Intervenors San Luis & Delta-Mendota Water Authority ("SLDMWA") and Westlands Water District ("Westlands"); Defendant-Intervenor the State Water Contractors ("SWC"); Defendant-Intervenors Oakdale Irrigation District ("OID") and South San Joaquin Irrigation District ("SSJID"); Defendant-Intervenors Friant Water Authority ("Friant") and Arvin-Edison Water Storage District ("Arvin-Edison"); Defendant-Intervenor Contra Costa Water District ("Contra Costa"); and proposed Defendant-Intervenors the City of Folsom ("Folsom"), the City of Roseville ("Roseville") and San Juan Water District ("San Juan") (collectively, the "Folsom Diverters").

## RECITALS

WHEREAS, Plaintiffs filed their Complaint against the Federal Defendants in the U.S. District Court for the Northern District of California. ECF Doc. No. 1.

WHEREAS, the case was transferred to the U.S. District Court for the Eastern District of California by Order dated March 20, 2020. ECF Doc. No. 29.

WHEREAS, the Court granted the Sacramento River Intervenors intervention pursuant to the terms of a stipulation. ECF Doc. No. 46.

WHEREAS, Plaintiffs filed a First Amended Complaint. ECF Doc. No. 51.

WHEREAS, SLDMWA and Westlands moved to intervene, Plaintiffs filed a notice of non-opposition, and the Court entered an Order granting intervention to SLDMWA and Westlands.  ECF Doc. Nos. 13, 37, 65.

WHEREAS, the SWC moved to intervene, Plaintiffs filed a notice of non-opposition, and the Court entered an Order granting intervention to the SWC.  ECF Doc. Nos. 24, 38, 65.

WHEREAS, the Court granted OID and SSJID intervention pursuant to the terms of a stipulation.  ECF Doc. No. 66.

WHEREAS, the Court granted Friant and Arvin-Edison intervention pursuant to the terms of a stipulation.  ECF Doc. No. 72.

WHEREAS, the Court granted Contra Costa intervention pursuant to the terms of a stipulation.  ECF Doc. No. 104.

WHEREAS, Folsom, Roseville, and San Juan all contend that they hold contracts that entitle them to receive water supply from the American River Division of the Central Valley Project, and Folsom and San Juan further contend that they also hold settlement contracts based on their historic American River water rights.  Folsom and San Juan assert that they have historic water rights with priority dates as early as 1851, which predate Reclamation's construction of Folsom Reservoir by more than 100 years, and that they continue to exercise and protect those rights.

WHEREAS, the Folsom Diverters all contend they obtain these water supplies through diversion facilities at Folsom Reservoir (the "Folsom Dam M&I Intake") and therefore have an interest in maintaining Folsom Reservoir at levels that are adequate for those facilities to operate.

WHEREAS, the Folsom Diverters contend that operations of the state and federal water projects during the 2012-15 drought under the then-existing regulatory conditions reduced Folsom Reservoir to its lowest-ever recorded storage level, and the low storage levels raised safety concerns about the continued use of the diversion facilities at Folsom Reservoir and threatened the ability of Folsom and San Juan to exercise their senior water rights.

WHEREAS, in late March, counsel for the Folsom Diverters began conferring with counsel for the Parties to this case and asked whether they would be willing to stipulate to

permissive intervention of Folsom, Roseville, and San Juan, and counsel for the Parties agreed in concept in April, and as each Defendant-Intervenor was added, counsel for that Defendant-Intervenor has agreed to stipulate to the intervention of the Folsom Diverters.

WHEREAS, to avoid the need for the Folsom Diverters to file a motion to intervene, the Parties agree that Folsom, Roseville, and San Juan should be granted leave for permissive intervention in this case.

NOW, THEREFORE, it is hereby stipulated by and between the Parties and the Proposed Intervenors, through their respective counsel, as follows:

1. Folsom, Roseville, and San Juan will be granted permissive intervention in this action.

2. Folsom, Roseville, and San Juan will promptly file answers in intervention to Plaintiffs' First Amended Complaint.

3. Folsom, Roseville, and San Juan agree to make a good-faith effort to avoid duplicating any arguments raised by the Federal Defendants or any other party, although the Parties all recognize and agree that Folsom, Roseville, and San Juan may address the same subject matter, issues or topics raised by the Federal Defendants from a different perspective.

4. The Folsom Diverters agree to be bound by the briefing page limitations set forth in the Court's Standing Order for Civil Cases (ECF Doc. No. 115, Att. 1, p. 2, ll. 6-8 [25 pages for moving an opposition briefs, 15 pages for reply briefs]), or any shorter page limitation that the Court may impose on intervenors as this case proceeds.

DATED: May __, 2020

XAVIER BECERRA
Attorney General of California
TRACY L. WINSOR
Supervising Deputy Attorney General
By: _____/s/ Daniel Fuchs_____
DANIEL FUCHS
Attorneys for Plaintiffs California Natural Resources Agency and People of the State of California by and through Attorney General Xavier Becerra

| | | |
|---|---|---|
| 1 | DATED: May __, 2020 | U.S. DEPARTMENT OF JUSTICE ENVIRONMENTAL & NATURAL RESOURCES DIVISION, WILDLIFE & MARINE RESOURCES SECTION |
| 2 | | |
| 3 | | By: _____/s/ Lesley Lawrence-Hammer_____ LESLEY LAWRENCE-HAMMER |
| 4 | | Attorneys for Federal Defendants |
| 5 | DATED: May __, 2020 | DOWNEY BRAND LLP |
| 6 | | By: _____/s/ Meredith E. Nikkel_____ MEREDITH E. NIKKEL |
| 7 | | Attorneys for Defendant-Intervenors RECLAMATION DISTRICT NO. 108, SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS WATER COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC.; OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP; CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; BEVERLY F. ANDREOTTI, et al.; TISDALE IRRIGATION AND DRAINAGE COMPANY; PROVIDENT IRRIGATION DISTRICT; PRINCETON-CODORA-GLENN IRRIGATION DISTRICT and TEHAMA COLUSA CANAL AUTHORITY |
| 18 | DATED: May __, 2020 | SOMACH SIMMONS & DUNN |
| 19 | | By: _____/s/ Andrew J. Hitchings_____ ANDREW J. HITCHINGS |
| 20 | | Attorneys for Defendants-Intervenors GLENN COLUSA IRRIGATION DISTRICT; RECLAMATION DISTRICT NO. 104; CONAWAY PRESERVATION GROUP, LLC; DAVID AND ALICE te VELDE FAMILY TRUST; PELGER ROAD 1700, LLC; ANDERSONCOTTONWOOD IRRIGATION DISTRICT; CITY OF REDDING; and KNIGHTS LANDING INVESTORS, LLC |
| 25 | DATED: May __, 2020 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| 26 | | By: _____/s/ Daniel J. O'Hanlon_____ DANIEL J. O'HANLON |
| 27 | | Attorneys for Defendant-Intervenors SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT |

BARTKIEWICZ, KRONICK & SHANAHAN, PC
WWW.BKSLAWFIRM.COM

{00174324.2}

4

STIPULATION AND ORDER RE: INTERVENTION OF FOLSOM DIVERTERS


| | | |
|---|---|---|
| DATED: May __, 2020 | | VAN NESS FELDMAN LLP<br>By: _____/s/ Jenna R. Mandell-Rice_____<br>JENNA R. MANDELL-RICE<br>ATTORNEYS FOR DEFENDANT-INTERVENOR THE STATE WATER CONTRACTORS |
| DATED: May __, 2020 | | O'LAUGHLIN & PARIS, LLP<br>By: _____/s/ Timothy J. Wasiewski_____<br>TIMOTHY J. WASIEWSKI<br>Attorneys for Defendant-Intervenor<br>OAKDALE IRRIGATION DISTRICT |
| DATED: May __, 2020 | | ROBBINS, BROWNING, GODWIN & MARCHINI<br>By: _____/s/ Kenneth M. Robbins_____<br>KENNETH M. ROBBINS<br>Attorneys for Defendant-Intervenor<br>SOUTH SAN JOAQUIN IRRIGATION DISTRICT |
| DATED: May __, 2020 | | KAPLAN, KIRSCH & ROCKWELL, LLP<br>By: _____/s/ Matthew G. Adams_____<br>MATTHEW G. ADAMS<br>Attorneys for Defendant-Intervenors<br>FRIANT WATER AUTHORITY and ARVIN-EDISON WATER STORAGE DISTRICT |
| DATED: May __, 2020 | | PERKINS COIE LLP<br>By: _____/s/ Marc R. Bruner_____<br>MARC R. BRUNER<br>Attorneys for Defendant-Intervenor<br>CONTRA COSTA WATER DISTRICT |
| DATED: May __, 2020 | | BARTKIEWICZ, KRONICK & SHANAHAN, PC<br>By: _____/s/ Jennifer T. Buckman_____<br>JENNIFER T. BUCKMAN<br>Attorneys for Proposed Defendant-Intervenors<br>CITY OF FOLSOM, CITY OF ROSEVILLE, and SAN JUAN WATER DISTRICT |

BARTKIEWICZ, KRONICK & SHANAHAN, PC
WWW.BKSLAWFIRM.COM

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby grants the City of Folsom, the City of Roseville, and San Juan Water District permissive intervention on the terms set forth in the Stipulation.

IT IS SO ORDERED.

Dated:   **June 3, 2020**                                    /s/ Dale A. Drozd
                                                                              UNITED STATES DISTRICT JUDGE