JEAN E. WILLIAMS, Deputy Assistant Attorney General
PRERAK SHAH, Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

NICOLE M. SMITH, Trial Attorney (CA Bar No. 303629),
150 M St. NE, Washington, D.C. 20002
Tel: (202) 305-0368

LESLEY LAWRENCE-HAMMER, Sr. Trial Attorney (DC Bar No. 982196),
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
999 18th Street, South Terrace – Suite 370, Denver, CO 80202
Tel: (303) 844-1368 (Lawrence-Hammer); Tel: (303) 844-1381 (McDonald)

LORI CARAMANIAN (NY Registration No. 2720159)
Special Assistant United States Attorney, E.D. California
755 Parfet St, Suite 151, Denver, CO 80215
Tel: 303-445-0604

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-426-DAD-EPG<br><br>**STIPULATION AND ORDER RE: BRIEFING ON MOTIONS TO DISMISS FIFTH CLAIM**<br><br>Date: July 21, 2020<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

    This stipulation is entered between the parties to set the schedule and page limits for briefing on the motions to dismiss the Fifth Claim in the California Natural Resource Agency, *et al.* ("CNRA") First Amended Complaint, which was brought under the California Endangered Species Act and Administrative Procedure Act.  Four motions to dismiss were filed on June 2,

2020 by (1) Defendants Wilbur Ross, *et al*. ("Federal Defendants"), ECF No. 117-1, (2) Defendant-Intervenors San Luis and Delta-Mendota Water Authority and Westlands Water District, *et al*. (hereafter "SLDMWA"), ECF No. 121, (3) the Glenn-Colusa Irrigation District, *et al*. ("Sacramento River Intervenors"), ECF No. 119, and (4) Friant Water Authority and Arvin-Edison Water Storage District ("Friant"), ECF No. 122.

The parties have conferred and agreed that CNRA's response brief will be due on June 30, 2020.  CNRA will file one consolidated response brief which shall be 35 pages or less.  Federal Defendants', SLDMWA's, Sacramento River Intervenors', and Friant's replies will be due on July 14, 2020, and shall be limited to 30 pages collectively.  The agreed upon date for a hearing, if any, is July 21, 2020.

Respectfully submitted this 15th day of June, 2020.

*/s/ Eve W. McDonald*
JEAN E. WILLIAMS, Deputy Assistant Attorney General
PRERAK SHAH, Deputy Assistant Attorney General
EVE W. MCDONALD, Trial Attorney
Attorneys for FEDERAL DEFENDANTS

*Daniel M. Fuchs*
XAVIER BECERRA
Attorney General of California
DANIEL M. FUCHS
SARA VAN LOH
Deputy Attorneys General
Attorneys for PLAINTIFFS CNRA, ET AL.

*Daniel J. O'Hanlon*
DANIEL J. O'HANLON
Attorneys for Defendant-Intervenors
SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT

STIPULATION AND ORDER RE: BRIEFING ON MOTIONS TO DISMISS FIFTH CLAIM
*California Natural Resources Agency et al., v. Ross, et al.,* Case 1:20-cv-0426-DAD-EPG

2

*/s/ Matthew G. Adams*
MATTHEW G. ADAMS
Attorneys for FRIANT WATER AUTHORITY AND ARVIN-EDISON WATER STORAGE DISTRICT


*/s/ Jared S. Mueller*
JARED S. MUELLER
Attorneys for Defendant-Intervenors GLENN-COLUSA IRRIGATION DISTRICT; RECLAMATION DISTRICT NO. 1004; CONAWAY PRESERVATION GROUP, LLC; ANDERSON- COTTONWOOD IRRIGATION DISTRICT, DAVID AND ALICE TEVELDE FAMILY TRUST; PELGER ROAD 1700, LLC; CITY OF REDDING; AND KNIGHTS LANDING INVESTORS, LLC


*/s/ Meredith E. Nikkel*
Meredith E. Nikkel
Attorneys for Defendants-Intervenors, RECLAMATION DISTRICT NO. 108, SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS WATER COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC., OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP, CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; BEVERLY F. ANDREOTTI, et al.; TISDALE IRRIGATION AND DRAINAGE COMPANY; PROVIDENT IRRIGATION DISTRICT; and PRINCETON-CODORA-GLENN IRRIGATION DISTRICT; and TEHAMA-COLUSA CANAL AUTHORITY

STIPULATION AND ORDER RE: BRIEFING ON MOTIONS TO DISMISS FIFTH CLAIM
*California Natural Resources Agency et al., v. Ross, et al.,* Case 1:20-cv-0426-DAD-EPG

3

**ORDER**

Pursuant to the parties' Stipulation, the Court hereby orders CNRA is limited to one 35 page response brief on the motions to dismiss the CESA claim, due June 30, 2020, and any reply briefs are limited to 30 pages collectively, due July 14, 2020.

IT IS SO ORDERED.

Dated:   **June 16, 2020**                                    /s/ Dale A. Drozd
                                                             UNITED STATES DISTRICT JUDGE