JEAN E. WILLIAMS, Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

NICOLE M. SMITH, Trial Attorney (CA Bar No. 303629)
150 M St. NE, Washington, D.C. 20002
Tel: (202) 305-0368

LESLEY LAWRENCE-HAMMER, Senior Trial Attorney (DC Bar No. 982196)
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
999 18th Street, South Terrace – Suite 370, Denver, CO 80202
Tel: (303) 844-1368 (Lawrence-Hammer); Tel: (303) 844-1381 (McDonald)

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as Secretary of Commerce, et al.,<br><br>Defendants. | No. 1:20-cv-00426-DAD-EPG<br><br><u>ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO COMPLETE AND SUPPLEMENT THE RECORDS</u><br><br>Hearing date: January 29, 2021<br>Time: N/A<br>Judge: Hon. Dale A. Drozd<br><br>Courtroom 5, 7th Floor<br>2500 Tulare Street<br>Fresno, CA 93721 |

/////
/////
/////
/////

Order                                                                                         1
Case No. 1:20-cv-00426-DAD-EPG

Upon consideration of Federal Defendants' Unopposed Motion to Extend the Deadline to Respond to Plaintiffs' Motion to Complete and Supplement the Records, and finding good cause shown, the Court establishes the following schedule:

- Federal Defendants will file their response to Plaintiffs' Motion to Complete and Supplement the Records (Doc. Nos. 149; 158) by February 12, 2021.
- Intervenor-Defendants' responses to Plaintiffs' Motion shall be due on February 16, 2021.
- Any reply will be filed by March 8, 2021.

IT IS SO ORDERED.

Dated: **January 11, 2021**

UNITED STATES DISTRICT JUDGE