JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
U.S. Department of Justice
Environment & Natural Resources Division
NICOLE M. SMITH, Trial Attorney (CA Bar No. 303629)
150 M St. NE, Washington, D.C. 20002, Tel: (202) 305-0368
LESLEY LAWRENCE-HAMMER, Senior Trial Attorney (DC Bar No. 982196)
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
999 18th Street, South Terrace – Suite 370, Denver, CO 80202
Tel: (303) 844-1368 (Lawrence-Hammer); Tel: (303) 844-1381 (McDonald)
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of Commerce, et al.,<br>　　　　Defendants.<br>_____<br><br>THE CALIFORNIA NATURAL RESOURCES AGENCY, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br>GINA RAIMONDO, et al.,<br>　　　　Defendants. | Case No. 1:20-cv-00426-DAD-EPG<br>Case No. 1:20-cv-00431-DAD-EPG<br><br><br>**STIPULATION TO EXTEND BY TWO WEEKS THE DEADLINES FOR RESPONSES TO PLAINTIFFS' MOTIONS TO COMPLETE AND/OR SUPPLEMENT THE ADMINISTRATIVE RECORDS AND PLAINTIFFS' REPLIES** |

This stipulation is entered between the parties for an extension of two weeks for Federal Defendants to respond to Plaintiffs' motions in *Pacific Coast Federation of Fishermen's Associations v. Raimondo* ("*PCFFA*"), Case No. 1:20-cv-00431-DAD-EPG, to complete the administrative records or, in the alternative, supplement the administrative records (ECF 224), and in *California Natural Resources Agency v. Raimondo* ("*CNRA*"), Case No. 1:20-cv-00426-DAD-EPG (ECF 149, ECF 158), to complete and supplement the records (collectively, "Plaintiffs' Motions"), and corresponding two-week extensions for the deadlines for Intervenor-Defendants' responses as well as any replies by Plaintiffs.

## RECITALS

WHEREAS, on September 23, 2020, the parties stipulated to a schedule for Federal Defendants to produce the administrative records of the United States Fish and Wildlife Service ("FWS"), the National Marine Fisheries Service ("NMFS"), and Bureau of Reclamation ("BOR") for these cases, *CNRA*, ECF 142; *PCFFA*, ECF 217, and the stipulation established a meet and confer process regarding the submitted administrative records and a briefing schedule for any motions to supplement and/or complete the records;

WHEREAS, in accordance with the parties' stipulation, Federal Defendants submitted the three agencies' respective administrative records in these cases on September 23, 2020, *CNRA*, ECF 143; *PCFFA*, ECF 218, and after receiving the records, Plaintiffs in both cases and Intervenor-Defendants identified documents and categories of documents that they wished the agencies would include in the records, the parties met and conferred, and in an effort to narrow the scope of the dispute, Federal Defendants agreed to add certain, but not all, of these documents to the records;

WHEREAS, on December 18, 2020, Plaintiffs in *CNRA* and *PCFFA* filed separate motions to complete and/or supplement the administrative records along with memorandums of law and exhibits, *CNRA*, ECF 149-155; *PCFFA*, ECF 224-239;

WHEREAS, under Executive Order 13390 (Protecting Public Health and the Environment and Restoring Science To Tackle the Climate Crisis, 86 Fed. Reg. 7,037 (Jan. 25,

2021)), FWS, NMFS, and the BOR are currently reviewing the 2019 biological opinions for the Long-Term Operations of the Central Valley Project and State Water Project ("CVP") challenged in these cases, consistent with the President's direction in that Executive Order[1];

WHEREAS, on April 30, 2021, the Court most recently extended the due dates for Federal Defendants' response to Plaintiffs' Motions to June 14, 2021, the due date for Intervenor-Defendants' responses to Plaintiffs' Motions to June 18, 2021, and the due date for any replies by Plaintiffs to July 9, 2021 (*CNRA*, ECF 173, *PCFFA*, ECF 261);

WHEREAS, Federal Defendants are still evaluating Plaintiffs' Motions; and

WHEREAS, Federal Defendants intend to move shortly for a stay of these cases to facilitate review of the 2019 biological opinions under Executive Order 13990 in order to conserve judicial resources. This extension will allow the parties additional time to discuss whether the parties can reach agreement about a potential stay of litigation before Federal Defendants file a motion for stay.

**STIPULATION**

Now therefore, counsel for Federal Defendants, Plaintiffs, and Defendant-Intervenors hereby agree and stipulate, subject to approval by the Court, that: (1) the due date for Federal Defendants' responses to Plaintiffs' motions to complete and/or supplement the administrative records is extended to June 28, 2021; (2) the due date for Intervenor-Defendants' responses to Plaintiffs' Motions is extended to July 2, 2021; and the due date for Plaintiffs' replies is extended to July 23, 2021.

Respectfully submitted,

Dated: June 11, 2021

JEAN E. WILLIAMS
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
U.S. Department of Justice

---

[1] *See* The White House, *Fact Sheet: List of Agency Actions for Review*, https://www.whitehouse.gov/briefing-room/statements-releases/2021/01/20/fact-sheet-list-of-agency-actions-for-review/ (last visited June 11, 2021).

Stipulation to Extend Briefing Deadlines for Plaintiffs' Record Motions
Case Nos. 1:20-cv-00431-DAD-EPG; 1:20-cv-00426-DAD-EPG

```
                                    Environment & Natural Resources Division
                                    LESLEY LAWRENCE-HAMMER
                                    Sr. Trial Attorney
                                    EVE W. MCDONALD
                                    Trial Attorney

                                    /s/ Nicole M. Smith
                                    NICOLE M. SMITH
                                    Trial Attorney
                                    Attorneys for Federal Defendants

Dated: June 11, 2021               /s/ Barbara Jane Chisholm
                                    HAMILTON CANDEE
                                    BARBARA JANE CHISHOLM
                                    ELIZABETH VISSERS
                                    ALTSHULER BERZON LLP
                                    Attorneys for Plaintiffs Golden State Salmon Association,
                                    Natural Resources Defense Council Inc., Defenders of
                                    Wildlife, and Bay.Org d/b/a The Bay Institute

Dated: June 11, 2021               /s/ Glen H. Spain
                                    GLEN H. SPAIN
                                    Attorney for Plaintiffs Pacific Coast Federation of
                                    Fishermen's Associations and Institute for Fisheries
                                    Resources

Dated: June 11, 2021               ROB BONTA
                                    Attorney General of California
                                    TRACY L. WINSOR
                                    Supervising Deputy Attorney General

                                    /s/ Daniel M. Fuchs
                                    DANIEL M. FUCHS
                                    Deputy Attorney General
                                    Attorneys for Plaintiffs California Natural Resources
                                    Agency, California Environmental Protection Agency, and
                                    People of the State of California by and through Attorney
                                    General Rob Bonta

Dated: June 11, 2021               /s/ Daniel J. O'Hanlon
                                    Daniel J. O'Hanlon
                                    DANIEL J. O'HANLON (SBN 122380)
                                    CARISSA M. BEECHAM (SBN 254625)
                                    REBECCA L. HARMS (SBN 307954)
                                    JENIFER N. GEE (SBN 311492)
                                    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
```

Stipulation to Extend Briefing Deadlines for Plaintiffs' Record Motions
Case Nos. 1:20-cv-00431-DAD-EPG; 1:20-cv-00426-DAD-EPG

*Attorneys for San Luis & Delta-Mendota Water Authority and Westlands Water District*

Dated: June 11, 2021  */s/ Andrew Hitchings*
ANDREW HITCHINGS
SOMACH SIMMONS & DUNN
*Attorneys for Intervenor-Defendants Glenn- Coclusa Irrigation District; Reclamation District No. 1004; Conaway Preservation Group, LLC; David and Alice te Velde Family Trust; Pelgar Road 1700, LLC; Anderson-Cottonwood Irrigation District; City of Redding; and Knights Landing Investors, LLC*

Dated: June 11, 2021  */s/ Meredith E. Nikkel*
MEREDITH E. NIKKEL
DOWNEY BRAND LLP
*Attorneys for Reclamation District No. 108, Sutter Mutual Water Company; Natomas Central Mutual Water Company; River Garden Farms Water Company; Pleasant Grove-Verona Mutual Water Company; Pelger Mutual Water Company; Meridian Farms Water Company; Henry D. Richter, Et Al.; Howald Farms, Inc.; Oji Brothers Farm, Inc.; Oji Family Partnership; Carter Mutual Water Company; Windswept Land And Livestock Company; Maxwell Irrigation District; Beverly F. Andreotti, Et Al.; Tisdale Irrigation And Drainage Company; Provident Irrigation District; Princeton-Codora-Glenn Irrigation District; And Tehama-Colusa Canal Authority*

Dated: June 11, 2021  */s/ Mathew G. Adams*
MATTHEW G. ADAMS
KAPLAN KIRSCH & ROCKWELL, LLP
*Attorneys for Friant Water Authority and Arvin-Edison Water Storage District*

Dated: June 11, 2021  */s/ Jenna R. Mandell-Rice*
JENNA R. MANDELL-RICE
VAN NESS FELDMAN, LLP
*Attorneys for Intervenor-Defendants The State Water Contractors*

Dated: June 11, 2021  */s/ Marc R. Bruner*
MARC R. BRUNER
PERKINS COIE LLP
*Attorneys for Intervenor-Defendant Contra Costa Water District*

Stipulation to Extend Briefing Deadlines for Plaintiffs' Record Motions
Case Nos. 1:20-cv-00431-DAD-EPG; 1:20-cv-00426-DAD-EPG

Dated: June 10, 2021        */s/ Timothy O'Laughlin*
　　　　　　　　　　　　　TIMOTHY O'LAUGHLIN
　　　　　　　　　　　　　O'LAUGHLIN & PARIS, PLC
　　　　　　　　　　　　　*Attorneys for Intervenor-Defendant*
　　　　　　　　　　　　　*Oakdale Irrigation District*

Dated: June 10, 2021        */s/ Kenneth Robbins*
　　　　　　　　　　　　　KENNETH ROBBINS
　　　　　　　　　　　　　ROBBINS, BROWNING, GODWIN & MARCHINI
　　　　　　　　　　　　　*Attorneys for Intervenor-Defendant South San Joaquin Irrigation District*

Dated: June 11, 2021        */s/ Jennifer T. Buckman*
　　　　　　　　　　　　　JENNIFER T. BUCKMAN
　　　　　　　　　　　　　BARTKIEWICZ, KRONICK & SHANAHAN, PC
　　　　　　　　　　　　　*Attorneys for Intervenor-Defendant City of Folsom, City of Roseville, and San Juan Water District*

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby orders as follows:

(1) the due date for Federal Defendants' responses to Plaintiffs' motions in *PCFFA v. Raimondo*, Case No. 1: 20-cv-00431-DAD-EPG, to complete the administrative records or, in the alternative, supplement the administrative records (ECF 224), and in *CNRA v. Raimondo*, Case No. 1:20-cv-00426-DAD-EPG (ECF 149; ECF 158), to complete and supplement the records, is June 28, 2021;

(2) the due date for Intervenor-Defendants' responses to Plaintiffs' Motions is July 2, 2021; and

(3) the due date for Plaintiffs' replies is July 23, 2021.

IT IS SO ORDERED.

Dated:  **June 15, 2021**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Stipulation to Extend Briefing Deadlines for Plaintiffs' Record Motions
Case Nos. 1:20-cv-00431-DAD-EPG; 1:20-cv-00426-DAD-EPG