TIMOTHY J. WASIEWSKI (SBN 302306)
PARIS KINCAID & WASIEWSKI, LLP
2617 K Street, Suite 100
Sacramento, California 95816
Telephone: (916) 264-2045
Facsimile: (916) 264-2040
Email: tw@pariskincaid.com

Attorneys for Defendant/Intervenor
SOUTH SAN JOAQUIN IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GINA RAIMONDO, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00426-DAD-EPG<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF INTEREST:

　　PLEASE TAKE NOTICE THAT effective immediately, O'Laughlin & Paris, LLP has changed its name to Paris, Kincaid & Wasiewski, LLP. The firm's name, telephone number and facsimile numbers will remain the same.

　　IN ADDITION, PLEASE TAKE NOTICE, effective immediately, the email address of Timothy J. Wasiewski has changed to: tw@pariskincaid.com

　　Please update your records to reflect these changes.

DATED: September 29, 2021　　　　　　　PARIS KINCAID & WASIEWSKI, LLP

　　　　　　　　　　　　　　　　　　　　By: _/s/ Timothy J. Wasiewski_
　　　　　　　　　　　　　　　　　　　　TIMOTHY J. WASIEWSKI
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant/Intervenor
　　　　　　　　　　　　　　　　　　　　SOUTH SAN JOAQUIN IRRIGATION DISTRICT