**FILED**

AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SEP 3 0 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
DEPUTY CLERK

|  | | |
|---|---|---|
| EASTERN | **District of** | CALIFORNIA |

THE CALIFORNIA NATURAL RESOURCES
AGENCY, et al.

Plaintiff (s),

V.

GINA RAIMONDO, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   1:20-cv-00426-DAD-EPG

Notice is hereby given that, subject to approval by the court,   South San Joaquin Irrigation District   substitutes
(Party (s) Name)

Timothy J. Wasiewski   , State Bar No.   302306   as counsel of record in
(Name of New Attorney)

place of   Kenneth Robbins (SBN 72389) - Robbins, Browning, Godwin & Marchini, LLP   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Paris, Kincaid & Wasiewski, LLP |
| Address: | 2617 K Street, Suite 100, Sacramento, CA  95816 |
| Telephone: | (916) 993-3962   Facsimile  (916) 264-2040 |
| E-Mail (Optional): | tw@pariskincaid.com |

I consent to the above substitution.

Date:   September 2?, 2021

PETER RIETKERK
(Signature of Party (s))

I consent to being substituted.

Date:   September 2?2021

KENNETH ROBBINS
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   September 2?, 2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   9/30/21

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**