ROB BONTA, State Bar No. 202668
Attorney General of California
TRACY L. WINSOR, State Bar No. 186164
Supervising Deputy Attorney General
COLLEEN R. FLANNERY, State Bar No. 297957
DANIEL M. FUCHS, State Bar No. 179033
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7827
 Fax: (916) 327-2319
 E-mail: Daniel.Fuchs@doj.ca.gov
*Attorneys for Plaintiffs*
*California Natural Resources Agency,*
*California Environmental Protection Agency, and*
*People of the State of California, ex rel. California*
*Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, ET AL.,<br><br>Defendants. | Case No. 1:20-cv-00426-DAD-EPG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCOPE AND PROCEDURES FOR DEPOSITION AND DISCOVERY OF LES GROBER AND RECIPROCAL PRODUCTION OF DEFENSE DECLARANT** |

1771398v6

1

**RECITALS**

**WHEREAS** the California Natural Resources Agency, California Environmental Protection Agency, and the California Attorney General (California Plaintiffs) on November 23, 2021 filed a Declaration of Les Grober (ECF 223) in Support of Motion for Interim Injunctive Relief and Temporary Stay of Litigation (ECF 218) (Grober Declaration);

**WHEREAS** Defendant-Intervenors the Sacramento River Settlement Contractors (Settlement Contractors) advised on December 10, 2021, that they wished to depose Mr. Grober, and have emailed to counsel for the California Plaintiffs a deposition notice and subpoena but did not at that time personally serve Mr. Grober with the notice or subpoena;

**WHEREAS** Mr. Grober has been retained by the California Plaintiffs as an expert in this litigation to support their Motion for Interim Injunctive Relief and Temporary Stay of Litigation, and California Plaintiffs preserve their privileges and work product as to any potential role of Mr. Grober in the merits hearing in this case, should one become necessary, and object to disclosing further information regarding Mr. Grober;

**WHEREAS** the State Water Board is currently participating in litigation with or against, or administers water rights permits for, each and every Defendant-Intervenor in *CNRA v. Raimondo*, and, as such, has an interest in protecting its attorney-client, employment decisions, and deliberative process privilege and work product independent of those privileges and work product that may be asserted by California Plaintiffs and their counsel;

**WHEREAS** California Plaintiffs and the Settlement Contractors have met and conferred regarding the scope of deposition testimony in the above-captioned matter, *CNRA v. Raimondo* (Case No. 1:20-cv-00426-DAD-EPG) (*CNRA v. Raimondo*);

**WHEREAS** Federal Defendants maintain that discovery of any kind, including depositions, is inappropriate in this administrative record case, and reserve their right to object to reliance on any such discovery in future filings or the conducting of any further discovery in this matter, and Defendant-Intervenors maintain that discovery is appropriate when the Complaint raises citizen suit claims under the ESA (ECF 1, ¶ 38, etc.) as well as when the moving parties

1771398v6                                   2

Stipulation and [Proposed] Order Regarding Scope and Procedures for Deposition and Discovery of
Les Grober and Reciprocal Production of Defense Declarant (1:20-cv-00426-DAD-EPG)

have submitted and relied upon extra-record evidence to support their motions, and Defendant-Intervenors reserve their rights to dispute any objections posed by Federal Defendants;

**WHEREAS** to avoid further consuming the parties' and the Court's time and resources on potential discovery disputes and motion practice, and to provide a deposition setting consistent with the current Covid-19 public health emergency, the parties have agreed to certain limitations on the scope of expert-related discovery and testimony in this matter.

## STIPULATION

The parties hereto, through their respective counsel of record, hereby stipulate to the following regarding the scope of discovery and deposition testimony relating to Mr. Grober:

1. This deposition will be the sole discovery sought from and only deposition by any party of any person submitting a declaration on behalf of California Plaintiffs in connection with California Plaintiffs' Motion for Interim Injunctive Relief and Temporary Stay of Litigation (ECF 218).

2. Mr. Grober's deposition will be taken over an Internet-based platform such as Zoom, and not in person.

3. Mr. Grober's deposition is limited to "one day of 7 hours" (Fed. R. Civ. Proc. 30(d)(1)), and limited in scope to questions regarding the Grober Declaration, including the bases and qualifications supporting that testimony.

4. Any responsive documents that may exist, except such documents as may be withheld pursuant to objection, will be provided to Settlement Contractors' counsel via a file exchange link provided by 1:00 p.m. on January 4, 2021, which will serve as a substitute for providing paper copies at an in-person deposition. No further document demands relating to Mr. Grober will be made in connection with this deposition.

5. To the extent parties other than the Settlement Contractors wish to examine Mr. Grober at the deposition, such questioning will be subject to the time and scope limits described in paragraph 3 above, and the procedure set forth in paragraph 6, below.

6. The procedure during the deposition, all of which shall be completed within the "one day of 7 hours" contemplated above, shall be as follows:

1771398v6                                           3

Stipulation and [Proposed] Order Regarding Scope and Procedures for Deposition and Discovery of
Les Grober and Reciprocal Production of Defense Declarant (1:20-cv-00426-DAD-EPG)

     a) Only one attorney for each party present at the deposition may examine Mr. Grober at the deposition.

     b) When one party has concluded its examination, another party may begin.

     c) All parties other than the California Plaintiffs and the State Water Board must conclude their examination of Mr. Grober no later than six hours after the deposition commences on January 5. California Plaintiffs and/or State Water Board may then conduct a re-direct of up to one-half hour regarding any subject on which examination was conducted.

     d) Following the California Plaintiffs' examination, if any, counsel for other parties may re-cross Mr. Grober up to a limit of an additional half-hour on the record.

     e) If counsel for the California Plaintiffs and/or State Water Board do not conduct a re-direct, then any party that has already examined Mr. Grober may not ask any further questions once its turn is over.

7. Settlement Contractors agree to make one declarant of the California Plaintiffs' choosing available for deposition by California Plaintiffs, to the same extent and under the same conditions that State Plaintiffs are making Mr. Grober available, on either January 12, January 13, January 14, or January 18, 2022.

8. All Intervenors agree that the State has a right to conduct discovery requests regarding their oppositions to the State's Motion for Interim Injunctive Relief and Temporary Stay of Litigation, consistent with the applicable Federal Rules of Civil Procedure and the Eastern District Local Rules.  Should attorneys for the State determine, after reviewing the oppositions, that discovery from the Intervenors is warranted under those Rules and the facts of this matter, the parties will promptly meet and confer to arrange for scheduling any deposition(s) as expeditiously as practicable.  It is anticipated that the Intervenors will be able to produce the identified deponent(s), to the same extent and under the same conditions that State Plaintiffs are making Mr. Grober available, within 5 business days of receiving the request.

1771398v6      4

Stipulation and [Proposed] Order Regarding Scope and Procedures for Deposition and Discovery of Les Grober and Reciprocal Production of Defense Declarant (1:20-cv-00426-DAD-EPG)

9. At their discretion, Counsel for the State Water Board may attend the deposition and may assert objections to questions or testimony, to the extent necessary to protect or assert the State Water Board's privileges, including privileged work product.

**IT IS SO STIPULATED.**

Dated:  December 30, 2021                                  Respectfully submitted,

                                                                                                    ROB BONTA
Attorney General of California
TRACY L. WINSOR
Supervising Deputy Attorney General

   /s/Daniel M. Fuchs_____

DANIEL M. FUCHS
Deputy Attorney General
*Attorneys for Plaintiffs*
*California Environmental Protection Agency, California Natural Resources Agency, and People of the State of California by and Through Rob Bonta, Attorney General of the State of California*

DATED: December 17, 2021                TODD KIM
Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
U.S. Department of Justice
Environment & Natural Resources Division

LESLEY LAWRENCE-HAMMER
Sr. Trial Attorney (DC Bar No. 982196)
Wildlife & Marine Resources Section
Tel: (303) 844-1368
Lesley.Lawrence-Hammer@usdoj.gov

*/s/ Nicole M. Smith*_____
NICOLE M. SMITH
Trial Attorney (CA Bar No. 303629)
Wildlife & Marine Resources Section
Tel: (202) 305-0368
Nicole.M.Smith@usdoj.gov

CLIFFORD E. STEVENS, Jr.
Sr. Trial Attorney (DC Bar No. 463906)
Wildlife & Marine Resources Section
Tel.: (202) 353-7548
clifford.stevens@usdoj.gov

1771398v6                                                5

Stipulation and [Proposed] Order Regarding Scope and Procedures for Deposition and Discovery of Les Grober and Reciprocal Production of Defense Declarant (1:20-cv-00426-DAD-EPG)

EVE W. MCDONALD
Trial Attorney (CO Bar No. 26304)
Natural Resources Section
Tel: (303) 844-1381
Evelyn.Mcdonald@usdoj.gov

*Attorneys for Federal Defendants*

DATED: December 17, 2021         KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                 A Professional Corporation


                                 By:   /s/Daniel J. O'Hanlon
                                       Daniel J. O'Hanlon
                                       *Attorneys for Defendant-Intervenors,*
                                       *San Luis & Delta-Mendota Water Authority*
                                       *and Westlands Water District*

DATED: December 17, 2021         PERKINS COIE LLP

                                 By:  */s/ Marc Bruner*
                                      MARC BRUNER
                                      *Attorneys for Defendant-Intervenor*
                                      *Contra Costa Water District*

DATED: December 17, 2021         Bartkiewicz, Kronick & Shanahan, PC


                                 By:  */s/Jennifer T. Buckman*
                                      Jennifer T. Buckman
                                      *Attorneys for the City of Folsom and the City of Roseville*

1771398v6                           6

Stipulation and [Proposed] Order Regarding Scope and Procedures for Deposition and Discovery of
Les Grober and Reciprocal Production of Defense Declarant (1:20-cv-00426-DAD-EPG)

| | | |
|---|---|---|
| 1 | DATED: December 17, 2021 | KAPLAN KIRSCH & ROCKWELL, LLP |
| 2 | | By: */s/ Matthew G. Adams*_____<br>MATTHEW G. ADAMS |
| 3 | | |
| 4 | | *Attorneys for Friant Water Authority and*<br>*Arvin-Edison Water Storage District* |

DATED: December 17, 2021                VAN NESS FELDMAN, LLP

By:  */s/ Jenna R. Mandell-Rice*_____
JENNA R. MANDELL-RICE,
*Attorney for Intervenor-Defendant The State Water Contractors*

DATED:  December 17, 2021                    STOEL RIVES LLP

By:  */s/ Elizabeth Ewens*_____

ELIZABETH EWENS
Attorneys for Defendant-Intervenor SAN JUAN WATER DISTRICT

DATED: December 17, 2021                 By:  */s/ Brittany K. Johnson*_____
BRITTANY K. JOHNSON
SOMACH SIMMONS & DUNN
*Attorneys for Intervenor-Defendants Glenn- Colusa Irrigation District; Reclamation District No. 1004; Conaway Preservation Group, LLC; David and Alice te Velde Family Trust; Pelgar Road 1700, LLC; Anderson-Cottonwood Irrigation District; City of Redding; and Knights Landing Investors, LLC*

DATED: October  14, 2021                By:  */s/ Meredith E. Nikkel*_____
MEREDITH E. NIKKEL
DOWNEY BRAND LLP
*Attorneys for Reclamation District No. 108, Sutter Mutual Water Company; Natomas Central Mutual Water Company; River Garden Farms Water Company; Pleasant Grove-Verona Mutual Water Company; Pelger Mutual Water Company; Meridian Farms Water Company; Henry D. Richter, Et Al.; Howald Farms, Inc.; Oji Brothers Farm, Inc.; Oji Family Partnership; Carter Mutual Water Company; Windswept Land And Livestock Company; Maxwell Irrigation District; Beverly F.*

1771398v6                                               7

Stipulation and [Proposed] Order Regarding Scope and Procedures for Deposition and Discovery of
Les Grober and Reciprocal Production of Defense Declarant (1:20-cv-00426-DAD-EPG)

*Andreotti, Et Al.; Tisdale Irrigation And Drainage Company; Provident Irrigation District; Princeton-Codora-Glenn Irrigation District; and Tehama-Colusa Canal Authority*

DATED:  December 17, 2021                              PARIS KINCAID & WASIEWSKI, LLP

By:  */s/ Timothy J. Wasiewski*
TIMOTHY J. WASIEWSKI
*Attorneys for Defendant/Intervenor*
*South San Joaquin Irrigation District*

DATED: December 17, 2021                         By:  */s/ Timothy O'Laughlin*
TIMOTHY O'LAUGHLIN
TIMOTHY O'LAUGHLIN, PLC

*Attorneys for Intervenor-Defendant*
*Oakdale Irrigation District*

**ORDER**

The above stipulation is adopted.

IT IS SO ORDERED.

Dated:  **January 5, 2022**                              _____
UNITED STATES DISTRICT JUDGE

1771398v6                                                                           8

Stipulation and ~~[Proposed]~~ Order Regarding Scope and Procedures for Deposition and Discovery of
Les Grober and Reciprocal Production of Defense Declarant (1:20-cv-00426-DAD-EPG)