



**United States District Court**
**Eastern District of California**

FEB 0 7 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| California Natural Resources Agency, et al. |
|---|

Plaintiff(s)

Case Number: | 1:20-cv-00426-DAD-EPG |

V.

| Raimondo, et al. |
|---|

**APPLICATION FOR PRO HAC VICE**
**AND PROPOSED ORDER**

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Derek Woodman _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Westlands Water District

On ____05/13/2016____ (date), I was admitted to practice and presently in good standing in the
____District of Columbia Court of Appeals____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)
PCFFA v. Ross, No. 1:20-cv-00431-DAD-EPG, submitted 02/04/2022, no ruling

Date:____02/04/2022____      Signature of Applicant: /s/ Derek Woodman _____

**Pro Hac Vice Attorney**

Applicant's Name: Derek Woodman

Law Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 1875 Pennsylvania Ave NW

City: Washington   State: DC   Zip: 20006

Phone Number w/Area Code: (202) 663-6980

City and State of Residence: Washinton, DC

Primary E-mail Address: derek.woodman@wilmerhale.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniel J. O'Hanlon

Law Firm Name: Kronick, Moskovitz, Tiedemann & Girard

Address: 1331 Garden Highway

2nd Floor

City: Sacramento   State: CA   Zip: 95833

Phone Number w/Area Code: (916) 321-4500   Bar # 122380

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/7/22

JUDGE, U.S. DISTRICT COURT