# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>       Plaintiff,<br><br>       v.<br><br>GINA RAIMONDO, *et al.*,<br><br>       Defendants. | No. 1:20-cv-00431-JLT-EPG<br><br>SCHEDULING ORDER |
| THE CALIFORNIA NATURAL RESOURCES AGENCY, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>GINA RAIMONDO, *et al.*,<br><br>       Defendants. | No. 1:20-cv-00426-JLT-EPG<br><br>SCHEDULING ORDER |

///

///

///

///

1

Having reviewed and considered the parties' competing scheduling proposals related to the stay of the above-captioned cases and interim operations during the ongoing remand, the Court concludes that the proposal offered by the Plaintiffs in *Pacific Coast Federation of Fishermen's Associations v. Ross*, 1:20-cv-00431-JLT-EPG ("*PCFFA*"), is the most reasonable under the circumstances given the possibility that at least one party will move for the imposition of relief other than that set forth in the proposed Interim Operations Plan Extension ("IOP Extension").[1] Accordingly, the Court adopts the following schedule for the remainder[2] of the briefing:

- On October 31, 2022, any party objecting to the proposed interim operations plan, objecting to the requested stay, and/or making alternative requests for relief may file a brief of up to 25 pages ("Objection Brief"). Defendant-Intervenors are collectively subject to the per-party page limits in this proposal *across both cases* (i.e., the Court expects to receive 25 pages *total* from all Defendant-Intervenors in this round of briefing). Defendant-Intervenors may determine among themselves whether to file a joint brief or separate briefs. To the extent any party or group of parties filing an objection brief is a party to both *CNRA* and *PCFFA*, that party or group of parties *must* file the same brief in both cases.

- On November 21, 2022, Federal Defendants and State Plaintiffs may file response briefs of up to 10 pages as follows: (1) Federal Defendants may file a brief responding to any Objection Brief filed by *PCFFA* Plaintiffs; and (2) Federal Defendants and State Plaintiffs may each file one response brief apiece responding to any Objection Briefs filed by Defendant-Intervenors.

- On December 12, 2022, parties who filed an Objection Brief may file a brief of up to 10

---

[1] This approval of a fourth round of briefing should not be mistaken for an invitation to present any unnecessary issues to the Court. The Court has read and carefully considered the prior rulings in this matter, which are law of the case, and expects the parties to do the same.

[2] State Plaintiffs in *California Natural Resources Agency v. Ross*, No. 1:20-cv-00426-JLT-EPG ("*CNRA*"), and Federal Defendants in both cases have already filed their joint status report in which they request approval of the IOP Extension and a further stay of these cases. (*PCFFA*, Doc. 406.) The Court construes that filing as their Opening Brief.

pages replying to the Federal Defendants' and State Plaintiffs' response briefs and/or responding to objections raised or requests made by other objecting parties. To be clear, the Court expects no more than 10 pages *total* from *all* Defendant-Intervenors during this round of briefing.

IT IS SO ORDERED.

Dated:   **October 5, 2022**

UNITED STATES DISTRICT JUDGE