DOWNEY BRAND LLP
KEVIN M. O'BRIEN (Bar No. 122713)
kobrien@downeybrand.com
MEREDITH E. NIKKEL (Bar No. 254818)
mnikkel@downeybrand.com
SAMUEL BIVINS (Bar No. 300965)
sbivins@downeybrand.com
NICOLAS CHAPMAN (Bar No. 340661)
nchapman@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Intervenor-Defendants
TEHAMA-COLUSA CANAL AUTHORITY;
and RECLAMATION DISTRICT NO. 108, et al.

Attorneys for Intervenors-Defendants
GLENN-COLUSA IRRIGATION DISTRICT, et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br>    Plaintiffs,<br>        v.<br>GINA RAIMONDO, *et a*l.,<br>    Defendants.<br><br>THE CALIFORNIA NATURAL RESOURCES AGENCY, *et al.,*<br>    Plaintiffs,<br>        v.<br>GINA RAIMONDO, *et a*l.,<br>    Defendants. | Case No. 1:20-cv-00431-JLT-EPG<br>Case No. 1:20-cv-00426-JLT-EPG<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANT'S MOTION TO LIFT STAY**<br><br>Date: October 10, 2023<br>Time: 9:00 a.m.<br>Courtroom:  4<br>Judge:  Jennifer L. Thurston |

**[PROPOSED] ORDER**

The Court having considered the foregoing motion to lift the stay for the limited purpose of dismissing Intervenor-Defendant Oji Family Partnership, finding good cause for lifting the stay previously imposed under these conditions, and finding no reason to hold a hearing on the matter, hereby orders the following:

The stay in the above captioned cases previously imposed by the Court's order on February 24, 2023, is lifted for the limited purpose of permitting Oji Family Partnership file the Stipulation and Proposed Order attached as Exhibit A to the Declaration of Meredith E. Nikkel In Support of Motion to Lift the Stay.

IT IS SO ORDERED.

Dated:   **September 14, 2023**

_____
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANT'S MOTION TO LIFT STAY