DOWNEY BRAND LLP
KEVIN M. O'BRIEN (Bar No. 122713)
kobrien@downeybrand.com
MEREDITH E. NIKKEL (Bar No. 254818)
mnikkel@downeybrand.com
SAMUEL BIVINS (Bar No. 300965)
sbivins@downeybrand.com
NICOLAS CHAPMAN (Bar No. 340661)
nchapman@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Intervenor-Defendants
TEHAMA-COLUSA CANAL AUTHORITY;
and RECLAMATION DISTRICT NO. 108, et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, *et al.,*<br><br>Plaintiffs,<br>v.<br>GINA RAIMONDO, *et al.*,[1]<br><br>Defendants. | Case No. 1:20-cv-00426-JLT-EPG<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF OJI FAMILY PARTNERSHIP**<br><br>Courtroom: 4<br>Judge: Jennifer L. Thurston |

Intervenor-Defendant Oji Family Partnership and Plaintiffs in the above-captioned matter submit the following stipulation and application for order under Rule 41(a)(2) of the Federal Rules of Civil Procedure:

WHEREAS, Oji Family Partnership intervened as a defendant in the above-captioned actions (Stip. and Proposed Order Re Intervention, *California Natural Resources Agency, et al. v. Raimondo, et al.* Case No. 1:20-cv-00426-JLT-EPG, Dkt. No. 45); and

WHEREAS, Oji Family Partnership transferred its interest in the Sacramento River

---

[1] Substituted for Wilbur Ross as Secretary of Commerce pursuant to Federal Rule of Civil Procedure 25(d). *See* Order Granting Federal Defendants' Motion to Extend the Deadline to Respond to Plaintiffs' Motions to Complete and/or Supplement the Record, at n. 1, *CNRA* Dkt. No. 173

1  Settlement Contract, Contract No. 14-06-200-2427A-R-1, in the Voluntary Assignment Contract,
2  dated July 11, 2023; and
3       WHEREAS, Oji Family Partnership and Plaintiffs in in this actions have determined that it
4  is proper to dismiss Oji Family Partnership from this litigation; and
5       WHEREAS, no existing parties would be affected by dismissing Oji Family Partnership
6  from this litigation.
7       NOW, THEREFORE, the undersigned parties agree and stipulate that:
8       Plaintiffs and Intervenor-Defendant Oji Family Partnership request that this Court dismiss
9  Oji Family Partnership from the above-captioned action without prejudice, pursuant to Rule
10 41(a)(2) of the Federal Rules of Civil Procedure. The dismissal of Oji Family Partnership is
11 without effect upon the claims and defenses of all other Parties in this case.

| | | |
|---|---|---|
| DATED:  October 19, 2023 | | DOWNEY BRAND LLP |
| | By: | *(signature)* |
| | | MEREDITH E. NIKKEL |
| | | Attorneys for Intervenor-Defendants RECLAMATION DISTRICT NO. 108; SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS WATER COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC.; OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP; CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; BEVERLY F. ANDREOTTI, et al.; TISDALE IRRIGATION AND DRAINAGE COMPANY; PROVIDENT IRRIGATION DISTRICT; PRINCETON-CODORA-GLENN IRRIGATION DISTRICT, and TEHAMA-COLUSA CANAL AUTHORITY. |

DATED:  October 19, 2023        ROB BONTA
Attorney General of California
DANIEL FUCHS
Deputy Attorney General

By:  /s/ Daniel Fuchs (as authorized 10/6/2023)

Attorneys for Plaintiffs CALIFORNIA NATURAL RESOURCES AGENCY; CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY; and PEOPLE OF THE STATE OF CALIFORNIA, ex rel. CALIFORNIA ATTORNEY GENERAL ROB BONTA

**[PROPOSED] ORDER**

The Court having considered the foregoing stipulation and request for dismissal of Intervenor-Defendant Oji Family Partnership under Rule 41(a)(2) of the Federal Rules of Civil Procedure, and finding the terms of the stipulation proper and good cause for the dismissal, hereby orders the following:

OJI FAMILY PARTNERSHIP is dismissed from this action as an intervenor-defendant, without effect upon the claims and defenses of all other parties in this litigation. Accordingly, the Clerk of Court is DIRECTED to terminate OJI FAMILY PARTNERSHIP on the docket as an intervenor-defendant.

IT IS SO ORDERED.

Dated:   **October 19, 2023**

_____
UNITED STATES DISTRICT JUDGE