## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br>                Plaintiffs,<br>     v.<br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al.,<br>                Defendants.<br>_____<br><br>THE CALIFORNIA NATURAL RESOURCES AGENCY, et al.,<br>                Plaintiffs,<br>     v.<br>HOWARD LUTNICK, et al.,<br>                Defendants. | Case No. 1:20-cv-00431-JLT-EPG<br>Case No. 1:20-cv-00426-JLT-EPG<br><br>ORDER RE BRIEFING DEADLINES |

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the briefing deadlines regarding Federal Defendants' motion to dismiss shall be as follows:

December 19:   Plaintiffs' Response to Motion to Dismiss

January 23:     Federal Defendants' Reply in Support of Motion to Dismiss

January 30:     Defendant-Intervenors' Reply in Support of Motion to Dismiss

IT IS SO ORDERED.

Dated:   **November 29, 2025**

_____
UNITED STATES DISTRICT JUDGE