# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL RESOURCES AGENCY, et al., | Case No.  1:20-cv-00426-JLT-EPG |
| Plaintiffs, | ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SECURITY SHOULD NOT BE RETURNED TO DEPOSITOR |
| v. | **FOURTEEN-DAY DEADLINE** |
| GINA RAIMONDO, et al., | |
| Defendants. | |

On May 11, 2020, the Hon. Dale A. Drozd granted in part a motion for a preliminary injunction and ordered that Plaintiffs must post $1,000.00 security, pursuant to Fed. R. Civ. P. 65(c).  (ECF No. 106.)  The security was paid by depositor State of California Department of Justice.  (Receipt No. #CAE200106402.)  Ultimately, on December 23, 2025, the parties filed a stipulation of dismissal, dismissing this action without prejudice.  (ECF No. 411; see ECF No. 412.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In light of the foregoing, the Court ORDERS any and all parties to show cause, in writing, within **fourteen (14) days** of entry of this order why the $1,000.00 security should not be returned to depositor State of California Department of Justice.  If a party does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court.  Thereafter, the Court will determine whether to direct the Clerk of Court to return the security to the address of the depositor on file.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2